**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| J.L.B., | No. 55 WM 2015 |
| Petitioner | |
| v. | |
| S.A.T., | |
| Respondent | |
| S.A.T., | |
| Respondent | |
| v. | |
| J.L.B., | |
| Petitioner | |
| D.J.B., | |
| Respondent | |
| v. | |
| J.L.B., | |
| Petitioner | |
| J.L.B., | |
| Petitioner | |
| v. | |
| D.J.B., | |
| Respondent | |

**ORDER**

**PER CURIAM**

       **AND NOW**, this 11th day of September, 2015, the Application to File Original Process is **GRANTED** and the Emergency Application for Prohibition and Mandamus is hereby **DENIED**.